IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KYRA EIGENBERGER and DANIELLE TUCK,

Plaintiffs,

v.

TOKYO STATESBORO GA, LLC, and LING LIN,

Defendants.

CV 617-160

**O R D E R**

Before the Court is Plaintiffs' "Notice of Filing Amended Settlement Agreement." (Doc. 18.) This Court previously rejected the parties' settlement agreement (doc. 15) because it offered no explanation for how the parties reached the settlement, contained a confidentiality provision, and contained pervasive release language. (Doc. 16.) Plaintiffs request that the Court approve the fully-executed amended agreement as requested in the parties' joint motion for approval of the previous settlement agreement. (Doc. 12.)

The amended settlement agreement contains no confidentiality provision, and the release has been corrected to cover only FLSA claims. (Doc. 18-1.) The amended settlement agreement also explains that the parties agreed that it was reasonable to calculate unpaid overtime wages in the amount of

$1,662.50 per Plaintiff. (Id., at 1.) The parties also agreed on an additional $1,662.50 for each Plaintiff in liquidated damages pursuant to 29 U.S.C. § 216(b), which requires an award of liquidated damages equal to the wages lost. (Id.) Finally, the amended agreement includes hours and rates to calculate attorney fees totaling $3,350.00. (Id.)

Based on the contested nature of the claims, the Court finds that the settlement is a fair and reasonable resolution of the parties' bona fide dispute. Accordingly, the Court **GRANTS** Plaintiffs' request and **APPROVES** the parties' amended settlement agreement. (Doc. 18-1.) As a result, the Court **DISMISSES** this case **WITH PREJUDICE**. The Court **ORDERS** the Clerk to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of July, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2